**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6976**

———————

JIMMY LAWRENCE NANCE,

Petitioner - Appellant,

versus

MICKEY E. RAY; UNITED STATES OF AMERICA,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence. Henry M. Herlong, Jr., District Judge. (CA-00-979-20-BF)

———————

Submitted:  December 14, 2000     Decided:  December 21, 2000

———————

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jimmy Lawrence Nance, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lawrence Nance appeals from an order of the United States District Court for the District of South Carolina transferring Nance's habeas corpus action to the United States District Court for the Western District of Virginia for want of jurisdiction under 28 U.S.C. § 1631 (1994). This Court lacks jurisdiction over the appeal because the transfer of the matter was physically completed before Nance filed his notice of appeal. Cf. Wilson-Cook Medical, Inc. v. Wilson, 942 F.2d 247, 250 (4th Cir. 1991) (jurisdiction over case conveyed from transferor to transferee court upon physical transfer of record). Consequently, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2